Brent Dorian Brehm – SBN 248983
 E-mail: bbrehm@kantorlaw.net
Glenn R. Kantor—SBN 122643
 E-mail: gkantor@kantorlaw
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Anna Ko

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA KO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO:  3:22-cv-07647-SK<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ENTIRE ACTION |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Anna Ko, ("Plaintiff") voluntarily dismisses the above action, without prejudice. The parties resolved the issue of attorneys' fees and litigation costs for this action. Plaintiff will not file a motion for attorneys' fees and costs in connection with this action.

DATED: March 3, 2023                    KANTOR & KANTOR, LLP

                                By:    */s/ Brent Dorian Brehm*　　　　　
                                       Brent Dorian Brehm
                                       Glenn R. Kantor
                                       Attorneys for Plaintiff,
                                       Anna Ko

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ENTIRE ACTION